IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HARPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRISS CONTRACTING, INC., )<br>VERONICA KRISS, and )<br>KATHLEEN A. KRISS, )<br>)<br>Defendants. ) | C.A. No. 21-cv-81-TMH |

## **ORDER**

At Wilmington, this 12th day of August 2022:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is granted and Plaintiff's claim is dismissed.

/s/ Todd M. Hughes
The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation